| | AUSA: | Thomas Franzinger | Telephone: (313) 234-9774 |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: | Jason D. Dipple | Telephone: (313) 226-5310 |

# UNITED STATES DISTRICT COURT
### for the

## Eastern District of Michigan

United States of America

v.

**Satwant Singh KALER**

**Abhishek JAIN**

Case No.   Case: 2:24-mj-30533
Judge: Unassigned,
Filed: 12-17-2024
CMP USA V. KALER ET AL (DA)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____December 16, 2024_____ in the county of ____St. Clair County____ in the
____Eastern____ District of ____Michigan____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC §§ 846, 841(a)(1) | Conspiracy to distribute controlled substances |
| 21 USC § 841(b)(1)(A)(ii) | Possession with intent to distribute controlled substances |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jason D. Dipple, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____December 17, 2024_____

_____
*Judge's signature*

XXXXXXXXXXXXXXXXXXXXXXXXXXXX
Donald A. Freedman, U.S. District Court Judge
*Printed name and title*

City and state: __Detroit, MI__

United States Magistrate Judge Elizabeth A. Stafford

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jason D. Dipple, being duly sworn, hereby states:

1. I am a Special Agent (SA) of the United States Department of Homeland Security, Homeland Security Investigations (HSI). I have served with HSI since June 2020. I am currently assigned to the HSI Office of the Special Agent in Charge, Detroit, Michigan, and work in the Border Enforcement Security Task Force (BEST) group in Port Huron, Michigan. Prior to my employment with HSI, I worked as a Border Patrol Agent from 2007 to 2020. I am a graduate of the Criminal Investigator Training Program and the Homeland Security Investigations Special Agent Training Program at the Federal Law Enforcement Training Center.

2. I have also had the opportunity to work with several other HSI agents and other law enforcement agents and officers of varying experience levels, who have investigated narcotics smuggling networks. My investigative experience, my training, and the experience of other law enforcement agents in this investigation serve as the basis for the opinions and conclusions set forth herein.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

4. On December 16, 2024, at approximately 2:00 a.m., Officers from U.S. Customs and Border Protection (CBP) located at the Blue Water Bridge

1

(BWB) Port of Entry in Port Huron, Michigan conducted an outbound inspection

of a white Peterbilt tractor with British Columbia license plate 8922 7P and a white

RENSON Transportation LTD trailer with Ontario Y95 12D license plate. During

the outbound inspection, CBP Officers X-rayed the tractor and trailer and

identified anomalies in the rear of the trailer. Due to the anomalies, CBP Officers

inspected the trailer.

     5.    The bill of lading was signed by the driver, Abhishek JAIN, and stated

that there were 25 pallets of aluminum cans in the trailer that had been loaded in

Pueblo, Colorado. Upon opening the trailer, officers could see only four pallets of

aluminum cans right up against the rear gate. Based on my training and experience,

this is a very small load of goods to transport economically via tractor trailer from

Colorado to Canada. Officers could see in plain view several cardboard boxes,

suitcases, and luggage bags in between the four pallets, as shown here:



6.    In total, there were thirteen cardboard boxes, five suitcases, and four bags. The cardboard boxes, bags, and suitcases were removed from the trailer and examined. They each contained bricks of white powdery substance. Field testing of the white powdery substance was conducted with a positive result for cocaine. The total amount found was 397 bricks of suspected cocaine weighing a total of 483.79 kilograms. JAIN and KALER each had a cell phone and officers also found three more cell phones in the cab.

7.    The driver, Abhishek JAIN and co-driver, Satwant Singh KALER were detained at the BWB by CBP officers until they were transported to the St. Clair County Jail where they were lodged.

8.     Based upon the aforementioned facts, I believe that there is probable cause to believe that Satwant Singh KALER and Abhishek JAIN conspired to possess with intent to distribute and to distribute more than 5 kilograms of a mixture or substance containing a detectable amount of Cocaine, a schedule II controlled substance, and each possessed the same with the intent to distribute, in violation of Title 21 USC §§ 846, 841(a)(1) and 841(b)(1)(A)(ii).

Jason D. Dipple, Special Agent
Immigration & Customs Enforcement
Homeland Security Investigations

Subscribed and sworn to before me
in person or by other reliable means
this ~~XXXXXXXXXXXXXXXXXXXXXX 2024~~     December 17, 2024

~~Hon. Bernard A. Friedman~~     Elizabeth A. Stafford
~~U.S. District Court Judge~~     United States Magistrate Judge
~~XXXXXXXXXXXXXXXXXXXXXXX~~

4